May 22, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

HOUSTON POLY BAG I, LTD., Appellant

NO. 14-10-00734-CV                    V.

KEN KUJANEK, Appellee

_____

This cause, an appeal from the judgment signed May 3, 2010, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**. We order appellant, HOUSTON POLY BAG I, LTD., to pay all costs incurred in this appeal. We further order this decision certified below for observance.